UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-20412-CR-MIDDLEBROOKS(s)  (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

JOSE JESUS TAPIA-PEREZ,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 9/17/2019

*(signature)*
**Chris M. McAliley**
**UNITED STATES MAGISTRATE JUDGE**