UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20412-CR-DMM(s)(s)

UNITED STATES OF AMERICA

vs.

JOSE JESUS TAPIA-PEREZ,
    a/k/a "Bola Negra,"

    Defendant.
_____/

### GOVERNMENT'S MOTION FOR DOWNWARD SENTENCING DEPARTURE PURSUANT TO U.S.S.G. §5K1.1

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and files this Motion for Downward Sentencing Departure regarding defendant Jose Jesus TAPIA-PEREZ, pursuant to U.S.S.G. §5K1.1, and in support states the following:

1. On December 10, 2019, the defendant pled guilty to a one-count Second Superseding Indictment charging the defendant with conspiracy to distribute 5 kilograms or more of cocaine, knowing, intending or having reasonable cause to believe the cocaine would be imported into the United States, in violation of Title 21, United States Code, Section 963.

2. The defendant signed a written plea agreement in which he agreed to cooperate with the United States with the hope of receiving a sentence reduction. Specifically, the defendant agreed to provide information and evidence in the investigation and prosecution of other individuals and offenses. The defendant has cooperated throughout the time he has been in the custody of the United States. To the best of the Government's knowledge and belief, the defendant has at all times been truthful, forthcoming and reliable in rendering information and assistance to the United States.

3. In the Government's assessment, the defendant has provided substantial assistance to the government. Accordingly, the Government considers the defendant eligible for a downward sentencing departure pursuant to Section 5K1.1 of the United States Sentencing Guidelines.

4. The United States will provide details concerning the nature and extent of the defendant's cooperation at the time of the sentencing hearing, along with a specific sentencing recommendation.

## CONCLUSION

**WHEREFORE**, the United States respectfully requests that when imposing sentence upon the defendant, the Court depart downward from the advisory guideline range, pursuant to U.S.S.G. §5K1.1 and 18 USC § 3553(e).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/ Richard E. Getchell
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9281 (office)
(786) 564-9126 (cell)
(305) 536-7213 (fax)
Email: richard.getchell@usdoj.gov

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via CM/ECF this 11th day of February, 2020.

                                                         s/Richard E. Getchell
                                                         Richard E. Getchell
                                                         Assistant United States Attorney